# EXHIBIT B-3

4/2/2025 9:23 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 99169006
By: Deandra Mosley
Filed: 4/2/2025 9:23 AM

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** 2025-22118                **CURRENT COURT:** 189th

**Name(s) of Documents to be served:** Plaintiff's Original Petition

**FILE DATE:** 04/01/2025                Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Avis Car Sales, LLC

Address of Service: 211 E. 7th St. Suite 620

City, State & Zip: Austin, TX 78701-3218

Agent (if applicable) Corporation Service Company

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- ☑ **Citation**    ☐ **Citation by Posting**    ☐ **Citation by Publication**    ☐ **Citations Rule 106 Service**
- ☐ **Citation Scire Facias**    **Newspaper**_____
- ☐ **Temporary Restraining Order**    ☐ **Precept**    ☐ **Notice**
- ☐ **Protective Order**
- ☐ **Secretary of State Citation ($12.00)**    ☐ **Capias** (not by E-Issuance)    ☐ **Attachment** (not by E-Issuance)
- ☐ **Certiorari**    ☐ **Highway Commission/Texas Department of Transportation ($12.00)**
- ☐ **Commissioner of Insurance ($12.00)**    ☐ **Hague Convention ($16.00)**    ☐ **Garnishment**
- ☐ **Habeas Corpus** (not by E-Issuance)    ☐ **Injunction**    ☐ **Sequestration**
- ☐ **Subpoena**
- ☐ **Other (Please Describe)** _____

(See additional Forms for Post-Judgment Service)

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP (phone)** _____    ☑ **E-Issuance by District Clerk**
- ☐ **MAIL to attorney at:** _____    **(No Service Copy Fees Charged)**
- ☐ **CONSTABLE**    *Note:* The email registered with EfileTexas.gov must be
- ☐ **CERTIFIED MAIL by CONSTABLE**    used to retrieve the E-issuance Service Documents.
- ☐ **CERTIFIED MAIL by DISTRICT CLERK**    Visit www.hcdistrictclerk.com for more instructions.

- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____    Phone: _____
- ☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Cory Fein        Bar # or ID 06879450

Mailing Address: 13105 Northwest Fwy, STE 705, Houston TX 77040

Phone Number: 713-730-5001

Unofficial Copy Office of Marilyn Burgess District Clerk