# EXHIBIT B-6

5/6/2025 10:46 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 100482842
Receipt Number: 1051687    By: Deandra Mosley
Tracking Number: 74470063

**COPY OF PLEADING PROVIDED BY PLT**

Filed: 5/6/2025 10:46 AM

CAUSE NUMBER: 202522118

| | |
|---|---|
| PLAINTIFF: GRAHAM, ROBERT | In the 189th Judicial |
| vs. | District Court of |
| DEFENDANT: AVIS CAR SALES LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: AVIS CAR SALES LLC (A LIMITED LIABILITY COMPANY) MAY BE SERVED THROUGH ITS

REGISTERED AGENT CORPORATION SERVICE COMPANY

211 E 7TH STREET SUITE 620

AUSTIN TX 78701

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on April 1, 2025, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this April 23, 2025.

*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: TAIASHA BRADFORD

Issued at request of:
FEIN, CORY STEVEN
8915 SKIPPING STONE CT
HOUSTON, TX  77064-
832-259-6926
Bar Number: 06879450

Tracking Number: 74470063

CAUSE NUMBER: 202522118

PLAINTIFF: GRAHAM, ROBERT

 vs.

DEFENDANT: AVIS CAR SALES LLC

In the 189th

Judicial District Court

of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock _____ M., on the _____ day of
_____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M, on the _____ day of
_____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of
_____, 20 _____.

FEE: $ _____

        _____

        _____ of _____

County, Texas

_____  By: _____
   Affiant             Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 _____

_____
         Notary Public

Unofficial Copy Office of Marilyn Burgess District Clerk

# 189th District Court of HARRIS County, Texas
201 CAROLINE, 12TH FL HOUSTON TX 77002

## CASE #: 202522118

ROBERT GRAHAM

*Plaintiff*
**vs**
AVIS CAR SALES, LLC

*Defendant*

### AFFIDAVIT OF SERVICE

I, JAMES R HENDERSON, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 04/28/25 9:28 pm, instructing for same to be delivered upon AVIS CAR SALES, LLC BY DELIVERING TO ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY.

That I delivered to: AVIS CAR SALES, LLC BY DELIVERING TO ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY. By Delivering to Kenisha Gross, Authorized

the following        : CITATION; PLAINTIFF'S ORIGINAL PETITION

at this address       : 211 E. 7TH STREET  SUITE 620
                        AUSTIN, Travis County, TX 78701

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on          : Wednesday APR 30, 2025 10:00 am

My name is JAMES R HENDERSON, my date of birth is OCT 24th, 1980, and my address is 103 Vista View Trail, Spicewood, TX 78669, U.S.A. I declare under penalty of perjury that the foregoing is true and correct.
Executed in Travis, County, State of Texas, on the 5th day of May, 2025.

_____
JAMES R HENDERSON              2732    Declarant
TX Certification#: PSC-12091 Exp. 06/30/2025

AX02A25406157                    Service Fee:  75.00  PCP Inv#: A25406157
                                 Witness Fee:    .00
                                 Mileage Fee:    .00  Reference : 2025-22118
                                 Fein, Cory

eaffidavits@pcpusa.net                              E-FILE RETURN